**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1648**

———————

ANDREW KARIM ABDESLEM,

Plaintiff - Appellant,

versus

DALIA LUTTWAK; EDWARD LUTTWAK,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-97-4108-PJM)

———————

Submitted: June 18, 1998          Decided: July 8, 1998

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrew Karim Abdeslem, Appellant Pro Se. Harold Krauthamer, KRAUTHAMER & STAHL, Chevy Chase, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Karim Abdeslem appeals the district court's dismissal of his civil complaint charging the defendants with federal crimes. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Abdeslem v. Luttwak</u>, No. CA-97-4108-PJM (D. Md. Apr.10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>